IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-17 (WLS-TQL) |
| | : |
| MICAHEL MATOS-GUTIERREZ, | : |
| *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

**ORDER**

Before the Court is the Government; and Defendant Amed Alesandro Leiva-Moreno and Defendant Jefferson Alfredo Mejias-Noreiga's ("the Moving Defendants") Joint Motion to Continue (Doc. 61) ("the Motion").[1] Therein, the Government and the Moving Defendants ask the Court to grant a continuance of the trial in the above-captioned case from the August 2024 trial term in the Valdosta Division, to the next Valdosta Division trial term. Those Parties contend the continuance is warranted because co-Defendant Michael Matos-Guttierrez's trial has already been continued; and the Parties need additional time to review discovery, and explore options to resolve the case without trial.

Based on the Government and the Moving Defendants' stated reasons the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 61) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division November 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)

---

[1] The Court notes that in the Motion, as required by a previous Order (Doc. 59), the Moving Defendants' Counsel advise the Court that they do not oppose the Government's Amended Motion for Protective Order (Doc. 56). The Moving Defendants have also filed notices on the Record indicating the same, although Defendant Matos-Gutierrez has not. (Docs. 60 & 62) The Court, however, will address the Amended Motion for Protective Order once all Defendants have stated their position on the Record.

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 30th day of July 2024.

> /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**